IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16 B 18193 |
| Anthony Reed, ) | |
| ) | HON. Timothy A. Barnes |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

**NOTICE OF MOTION**

TO:   Marilyn O Marshall, 224 South Michigan Ste 800, Chicago, IL 60604, via electronic court notification;

See attached service list.

Please take notice that on June 13, 2019 at 9:30 a.m. I shall appear before the Honorable Timothy A. Barnes in Courtroom 744 of the United States Bankruptcy Court, Everett McKinley Dirksen Building, 219 S. Dearborn Street, Chicago, Illinois 60604 and present the attached motion and you may appear if you so choose.

**PROOF OF SERVICE**

The undersigned, an attorney, certifies that he transmitted a copy of this notice and the attached motion to the above-named creditor and also to the attached service list via regular U.S. Mail with postage prepaid from the mailbox located at 20 S. Clark Street, Chicago, IL 60603 on May 23, 2019.

/s/ *Alexander Nohr*
Attorney for Debtors

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 16-18193<br>Northern District of Illinois<br>Eastern Division<br>Thu May 23 16:12:05 CDT 2019 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | AD ASTRA RECOVERY SERV<br>7330 W 33RD ST N STE 118<br>WICHITA, KS 67205-9370 |
| AMITA Health Adventist Medical Center<br>Amita Health Bankruptcy<br>2601 Navistar Dr.<br>Bldg 3, 2nd Fl<br>Lisle, IL 60532-3679 | ARS<br>1801 NW 66TH AVE SUITE 200<br>FORT LAUDERDAL, FL 33313-4571 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 |
| CAB SERV<br>60 BARNEY DR<br>JOLIET, IL 60435-6402 | HERTG ACCPT<br>1420 S MICHIGAN<br>SOUTH BEND, IN 46613-2214 | Heritage Acceptance Corporation<br>121 S. Main St.<br>Elkhart, IN 46516-3123 |
| Illinois Tollway<br>PO Box 5544<br>Chicago, IL 60680-5491 | MBB<br>1550 N NORTWEST HWY STE 403<br>PARK RIDGE, IL 60068-1463 | MERCHANTS CREDIT GUIDE<br>223 W JACKSON BLVD # 700<br>Chicago, IL 60606-6914 |
| SpeedyRapid Cash<br>PO Box 780408<br>Wichita, KS 67278-0408 | VERIZON<br>NATIONAL RECOVERY P.O. BOX 26055<br>MINNEAPOLIS, MN 55426-0055 | VERIZON WIRELESS<br>PO BOX 4002<br>Acworth, GA 30101-9003 |
| Anthony Reed<br>7836 W 79th Pl Apt 2w<br>Bridgeview, IL 60455-1460 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Nathan E Delman<br>The Semrad Law Firm, LLC<br>20 South Clark<br>28th Floor<br>Chicago, IL 60603-1811 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Rodion Leshinsky<br>The Semrad Law Firm, LLC<br>20 S. Clark Street, 28th Floor<br>Chicago, IL 60603-1811 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Amita Health Bankruptcy Dept | (d)The Illinois Tollway<br>PO Box 5544<br>Chicago, IL 60680-5491 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     2<br>Total                  21 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CASE NO. 16 B 18193 |
| Anthony Reed, ) | |
| ) | HON. Timothy A. Barnes |
| ) | CHAPTER 13 |
| DEBTOR. ) | |

### MOTION TO MODIFY PLAN

NOW COMES the Debtor, Anthony Reed, by and through Debtor's attorneys, The Semrad Law Firm, LLC hereby moves this Honorable Court to Modify the confirmed Chapter 13 Plan, Debtors state the following:

1. On May 31, 2016, Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On December 15, 2016, this Honorable Court confirmed the Debtor's Chapter 13 Plan.

3. The Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 100% of their allowed claims.

4. The Chapter 13 Plan requires the Debtor to make plan payments to the Chapter 13 Trustee in the amount of $625.00 monthly for 60 months.

5. Debtor works at Ford. During his case, the production plant has gone through numerous shutdowns due to routine maintenance. That in addition, in March and April of 2019, the production plant was shut down for an extended period of time due to re-tooling. As a result, the Debtor accrued a plan payment default that was too large to cure.

6. Debtor can proceed to make payments going forward.

7. Debtor respectfully requests this Honorable Court defer the current plan default to the end of the plan of reorganization.

8. Debtor is in a position to proceed with the instant case.

9. Debtor filed the instant case in good faith and intends to complete the plan of reorganization.


WHEREFORE, the Debtor prays this Honorable Court for the following relief:

A. That this Honorable Court enter an Order deferring the current plan default to the end of the Chapter 13 Plan of reorganization; and

B. For such other and further relief as the Court deems fair and proper.



Respectfully submitted,

*/s/ Alexander Nohr*
*Attorney for Debtors*

The Semrad Law Firm, LLC
20 S. Clark Street, 28th Floor
Chicago, IL 60603
312-913-0625